**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION -- PIKEVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 7:25-20-KKC-EBA-1** |
|     **Plaintiff,** | |
| **V.** | **ORDER** |
| **JENNIFER PEREZ,** | |
|     **Defendants.** | |

**\*\*\* \*\*\* \*\*\***

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Edward B. Atkins. (DE 20.) The Recommendation instructed the parties to file any specific objections within three days after being served with the decision or else waive the right to further review. Neither party has objected, and the time to do so has now passed.

Upon review, the Court is satisfied that Judge Atkins satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (DE 20) and ACCEPTS the Defendant's guilty plea.

2) Defendant Jennifer Perez is ADJUDGED guilty of Count 2 of the Indictment.

This 8th day of October, 2025.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY